UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-401-M

| | |
|---|---|
| DORIS PEREGOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VERNON STEWART, in his individual ) | |
| capacity and in his official capacity as ) | **ORDER** |
| District Attorney for the 12th Prosecutorial ) | |
| District; DONALD E. HARROP, in his ) | |
| individual and official capacities; and ) | |
| SUZANNE MATTHEWS, in her individual ) | |
| capacity and in her official capacity as ) | |
| District Attorney for the 12th Prosecutorial ) | |
| District, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the parties' joint motion, filed April 10, 2023, to conduct by telephone the nonfinal pretrial conference scheduled for April 11, 2023, in Greenville. For good cause shown, the court GRANTS the parties' motion [DE #51]. The clerk is directed to provide the parties with call-in instructions for the conference.

This 11th day of April 2023.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge